Rel: July 11, 2025

**Notice:** This opinion is subject to formal revision before publication in the advance sheets of **Southern Reporter**. Readers are requested to notify the **Reporter of Decisions**, Alabama Appellate Courts, 300 Dexter Avenue, Montgomery, Alabama 36104-3741 ((334) 229-0650), of any typographical or other errors, in order that corrections may be made before the opinion is published in **Southern Reporter**.

# ALABAMA COURT OF CIVIL APPEALS

## SPECIAL TERM, 2025

_____

### CL-2024-0010

_____

### Patricia Myers

### v.

### Alfa Mutual Insurance Company

### Appeal from Geneva Circuit Court
### (CV-23-16)

<u>After Remand from the Alabama Supreme Court</u>

PER CURIAM.

The prior judgment of this court has been reversed and the case remanded by the Supreme Court of Alabama. See Ex parte Alfa Mut. Ins. Co., [Ms. SC-2024-0736, Apr. 25, 2025] ___ So. 3d ___ (Ala. 2025). On remand to this court, and in compliance with the supreme court's opinion

in <u>Ex parte Alfa Mutual Insurance Co.</u>, the decision of the Geneva Circuit Court is now affirmed.

AFFIRMED.

Moore, P.J., and Hanson, Fridy, and Bowden, JJ., concur.

Edwards, J., recuses herself.